**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
WESTERN DIVISION**

| | |
|---|---|
| LYNN URBAN POEPPE,<br><br>Plaintiff,<br><br>vs.<br><br>UNITED STATES DEPARTMENT OF JUSTICE, BOARD OF IMMIGRATION APPEALS, and UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES,<br><br>Defendants. | No. 25-CV-4004-LTS-KEM<br><br>**ORDER** |

---

Defendants have filed a motion to dismiss, arguing the matter is moot. Doc. 12. The court finds the deadline to file a proposed scheduling order and discovery plan under Local Rule 16 should be extended until after the court rules on the pending motion to dismiss.

The parties must file a proposed scheduling order and discovery plan no later than two weeks after any order denying the pending motion to dismiss (Doc. 12).

**SO ORDERED** on March 27, 2025.

Kelly K.E. Mahoney
Chief Magistrate Judge
Northern District of Iowa